

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00517-CR

Christian Arturo **TORRES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR7070
Honorable Christine Del Prado, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE BRISSETTE, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, the judgment of the trial court is MODIFIED to reflect that the third offense for which appellant was convicted is "indecency with a child by sexual contact" and that the "Statute for Offense" is "21.11(a)(1), Penal Code." All other aspects of the judgment remain unchanged. The judgment is AFFIRMED AS MODIFIED. Counsel's motion to withdraw is GRANTED.

SIGNED December 3, 2025.

_____
Lori Massey Brissette, Justice